# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**GEORGE D. BRAZIER, et al.,**

    **Plaintiffs,**

**v.**                                  **Case No.  8:05-cv-1335-T-30MAP**

**TSYS TOTAL DEBT MANAGEMENT,
INC., et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

       The Court has been advised via a Notice of Settlement and Motion to Dismiss With Prejudice (Dkt. #7) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

       **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

       **DONE** and **ORDERED** in Tampa, Florida on September 9, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record